

# PD-0670-15

# Callahan & King, PLLC

One Liberty Place
100 North 6th Street
Suite 902
Waco, Texas 76701
Ph. 254-717-8600
Fx. 254-754-4824
callahankinglaw@gmail.com

PD-0670-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/5/2015 12:04:54 PM
Accepted 6/8/2015 3:38:53 PM
ABEL ACOSTA
CLERK

June 5, 2015

Hon. Judges of the Court of Criminal Appeals
201 W 14th St
Austin, TX 78701

**VIA ELECTRONIC FILING**

**Re. TRAP 48.4 Compliance Letter, No. 13-14-00045-CR**

To the Honorable Court:

This letter is to verify that I have informed Mr. Garza of the Order and Judgment of the Court, as well as his appellate rights according to the Texas Rules of Appellate Procedure.

Please note that we were initially unable to locate Mr. Garza initially. We have located him and sent him the Opinion, Order, Judgment, as well as a copy of our Motion for Extension of Deadline to File the Petition for Discretionary Review. The Motion for Extension was filed on Mr. Garza's behalf to give him as much time as possible to perfect his Petition should he choose to do so.

The signed Return Receipt has not been returned to our office yet. However, attached, please find a copy of the Certified Mail, RRR sales receipt.

Truly,


/s/

Robert G. Callahan II
Attorney at Law
SBN: 24051641


FILED IN
COURT OF CRIMINAL APPEALS

June 8, 2015

ABEL ACOSTA, CLERK



# U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

**For delivery information visit our website at www.usps.com®**

OFFICIAL USE

BONHAM TX 75418

| | |
|---|---|
| Postage | $ $3.45 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | N/A |
| | N/A |
| | $2.08 |
| Total Postage & Fees | $ $8.33 |

Postmark Here

DOWNTOWN STATION
0800
JUN -02 201
WACO
06/02/2015
206.

Sent To *Gustavo Garza, Choice Moore Transfer Fac.*

Street, Apt. No.; or PO Box No. *1700 North FM 87*

City, State, ZIP+4 *Bonham, TX 75418*

PS Form 3800, August 2006

See Reverse for Instructions

7014 1200 0001 1103 9552